# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2024

### NO. 03-23-00057-CV

**John P. DeGomez, Appellant**

**v.**

**Ann Elizabeth Haworth, Appellee**

---

**APPEAL FROM THE 335TH DISTRICT COURT OF LEE COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART
ON MOTION FOR REHEARING --
OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the trial court's order granting summary judgment and its three post-judgment orders. The Court's opinion and judgment dated March 28, 2024 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order granting summary judgment. Therefore, the Court reverses the trial court's order granting summary judgment to the extent that it granted summary judgment on DeGomez's breach-of-contract claim concerning his loans and Haworth's IOU. We affirm the remainder of its order granting summary judgment, reverse the trial court's post-judgment orders without addressing their merits, and remand the case to the trial court for further proceedings.

Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.